No. 91–1895. BOARD OF GOVERNORS OF STATE COLLEGES AND UNIVERSITIES *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION. C. A. 7th Cir. Certiorari denied. JUSTICE THOMAS took no part in the consideration or decision of this petition. ▮

No. 91–8615. TOLBERT *v.* KEMP, CHAIRMAN, EQUAL EMPLOYMENT OPPORTUNITY COMMISSION. C. A. 6th Cir. Certiorari denied. JUSTICE THOMAS took no part in the consideration or decision of this petition. ▮

No. 92–12. TOOMEY *v.* WHELAN ET AL. C. A. D. C. Cir. Certiorari denied. JUSTICE THOMAS took no part in the consideration or decision of this petition. ▮

No. 92–215. BROOKS ET AL. *v.* HILTON CASINOS, INC., ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE THOMAS took no part in the consideration or decision of this petition. ▮

No. 91–1831. CARROLL ET AL. *v.* BLINKEN, CHAIRMAN OF THE BOARD OF TRUSTEES OF THE STATE UNIVERSITY OF NEW YORK, ET AL. C. A. 2d Cir. Motion of Pacific Legal Foundation et al. for leave to file a brief as *amici curiae* granted. Certiorari denied. ▮

No. 91–1946. OKLAHOMA DEPARTMENT OF HUMAN SERVICES *v.* TRUST COMPANY OF OKLAHOMA, GUARDIAN OF ESTATE OF BARKER, A MINOR. Sup. Ct. Okla. Motion of Missouri, Montana, and Nebraska for leave to file a brief as *amici curiae* granted. Certiorari denied. JUSTICE WHITE would grant certiorari. ▮

No. 91–1962. UNION MORTGAGE CO., INC. *v.* BARLOW ET AL. Sup. Ct. Ala. Motion of Republic of Finland for leave to file a brief as *amicus curiae* granted. Certiorari denied. ▮

No. 91–1981. M/V TROPICANA ET AL. *v.* ESPIRITO SANTO BANK OF FLORIDA, FKA BANK ESPIRITO. C. A. 11th Cir. Motion of petitioners to defer consideration of petition for writ of certiorari denied. Certiorari denied. ▮